# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NOS.  1:04 CR 529, 1:96 CR 299** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGE DAN AARON POLSTER** |
| vs. ) | |
| ) | **OPINION AND ORDER** |
| **MICHAEL F. ALEXANDER,** ) | |
| ) | |
| **Defendant.** ) | |

On October 26, 2020, the Court granted Defendant Michael F. Alexander's Supplement to Motion to Reconsider Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Doc #: 76.  The Court reduced Alexander's sentence to time served plus 14 days to quarantine before release by the BOP.  Id.  On October 27, 2020, a BOP Computation and Classification Technician contacted the Court to inquire whether the October 26 Opinion and Order granting compassionate release applies as well to the 6-month consecutive sentence Alexander is scheduled to serve in Case No. 1:96 CR 299 for a supervised release violation.

Alexander has served nearly 6 years longer than he would serve if sentenced today. For the reasons detailed in the October 26 Opinion and Order, the Court finds Alexander has served sufficient punishment for his crimes in Case No. 1:04 CR 259 and for his supervised release violation in Case No 1:96 CR 299.  Alexander's 6-month sentence in Case No. 1:96 CR 299 is hereby reduced to time served, plus the concurrent 14- day quarantine period imposed in Case No. 1:04 CR 529 before release by the BOP.

**IT IS SO ORDERED.**

   */s/ Dan A. Polster     October 27, 2020*
**Dan Aaron Polster**
**United States District Judge**